JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 9625**

-----------------------------------------------------------------X

BEST MARITIME LTD., : 07 CV _____

                      Plaintiff,

                                                    ECF CASE

   - against -

SHANGHAI JUCHENG ECONOMY
& TRADING CO., LTD.,

                      Defendant.

-----------------------------------------------------------------X

OCT 30 2007
U.S.D.C. S.D. N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                                    NONE.

Dated: October 30, 2007
        Southport, CT

                                                  The Plaintiff,
                                                  BEST MARITIME LTD.,

                                                  By: _____
                                                     Kevin J. Lennon
                                                     Nancy R. Peterson
                                                     LENNON, MURPHY & LENNON, LLC
                                                   The Gray Bar Building
                                                   420 Lexington Avenue, Suite 300
                                                   New York, NY 10170
                                                   (212) 490-6050 - phone
                                                   (212) 490-6070 - fax
                                                   kjl@lenmur.com
                                                   nrp@lenmur.com