CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| BEST MARITIME LTD., | : | |
| | : | |
| Plaintiff, | : | **07-CV-9625** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| SHANGHAI JUCHENG ECONOMY & TRADING CO., LTD., | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　　Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
　　　　November 6, 2007

　　　　　　　　　　　　　　　　　　CLARK, ATCHESON & REISERT
　　　　　　　　　　　　　　　　　　Attorneys for Garnishee
　　　　　　　　　　　　　　　　　　Societe Generale New York Branch

　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　Richard J. Reisert (RR-7118)
　　　　　　　　　　　　　　　　　　7800 River Road
　　　　　　　　　　　　　　　　　　North Bergen, NJ  07047
　　　　　　　　　　　　　　　　　　Tel: (201) 537-1200
　　　　　　　　　　　　　　　　　　Fax: (201) 537-1201
　　　　　　　　　　　　　　　　　　Email:  reisert@navlaw.com